# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MARTINA TATE,**
**SIDONIA ANN TATE,**
    **Plaintiffs,**

vs.                                                              3:05cv177/RV/MD

**INV. ROBERTA ADAMS, et al.,**
    **Defendants.**

_____

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 8, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

    DONE AND ORDERED this 14th day of September, 2005.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**